(131 So. 910)

**John DENSON v. STATE.**

6 Div. 774.

Supreme Court of Alabama.

Oct. 23, 1930.

Windham & Countryman, of Birmingham, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM.

Petition of John Denson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Denson v. State (6 Div. 876) 131 So. 917.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

---

(132 So. 907)

**FIDELITY-PHENIX FIRE INS. CO. v. Emanuel MILES.**

5 Div. 73.

Supreme Court of Alabama.

March 5, 1931.

Coleman, Coleman, Spain & Stewart, of Birmingham, for appellant.

Jas. W. Strother, of Dadeville, and J. Sanford Mullins, of Alexander City, for appellee.

SAYRE, J.

The judgment appealed from in this case is reversed, and the cause remanded, on authority of Insurance Co. of N. A. v. Miles, ante, p. 233, 132 So. 27.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

---

(133 So. 920)

**W. L. GIBSON v. G. H. LIVERSAGE.**

1 Div. 638.

Supreme Court of Alabama.

March 19, 1931.

Rehearing Denied April 23, 1931.

---

D. P. Moore, of Mobile, for appellant.

J. G. Bowen, of Mobile, for appellee.

FOSTER, J.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

---

(130 So. 916)

**Martha GILCHRIST v. HOWELL & GRAVES et al.**

8 Div. 197.

Supreme Court of Alabama.

Oct. 23, 1930.

Edwina Mitchell, of Florence, for appellant.

Andrews, Peach & Almon, of Sheffield, for appellees.

ANDERSON, C. J.

If not for other reasons, the decree of the circuit court must be affirmed upon the authority of Nicolopoolos v. Donovan, 221 Ala. 16, 127 So. 543. It is manifest that the complainant has a plain and adequate remedy at law active or defensive and the nonexistence of which is essential to the equity of the bill.

The decree of the circuit court is affirmed.

Affirmed.

SAYRE, THOMAS, and BROWN, JJ., concur.

---

(132 So. 907)

**John GOINS, alias Goings, v. STATE.**

8 Div. 183.

Supreme Court of Alabama.

Jan. 22, 1931.

PER CURIAM.

Appeal dismissed for want of prosecution.